**STATE of Missouri, Plaintiff-Respondent,**

v.

**Richard Douglas WASSALL, Defendant-Appellant.**

**No. 47529.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 5, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 9, 1985.

Herbert D. Schaeffer, Clayton, for defendant-appellant.

John Munson Morris, Asst. Atty. Gen., Gary Lee Gardner, Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction of attempted rape for which he was sentenced to one year imprisonment and a fine of four thousand ($4,000) dollars. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).